# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3876

_____

CITY OF GAINESVILLE and
UNDERWRITERS SAFETY &
CLAIMS,

    Appellants,

    v.

STARR SERVANCE,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident:  January 7, 2017.

June 25, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lourdes M. Sancerni and David W. Sammons of Moore, Ingram, Johnson & Steele, Jacksonville, for Appellants.

Matthew Carrillo of The Law Firm of Carrillo & Carrillo, P.A., Gainesville, for Appellee.